Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Jenny L. Foley, Ph. D., NV Bar No. 9017
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Steve Dimopoulos, LLC d/b/a
Dimopoulos Law Firm

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE DIMOPOULOS, LLC d/b/a DIMOPOULOS LAW FIRM,<br><br>Plaintiff,<br><br>v.<br><br>NFL PROPERTIES, LLC and RAIDERS FOOTBALL CLUB, LLC,<br><br>Defendants. | Case No. 23-cv-00328-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' COUNTERCLAIMS**<br><br>**[First Request]** |

Plaintiff Steve Dimopoulos, LLC d/b/a Dimopoulos Law Firm and Defendants NFL Properties, LLC and Raiders Football Club, LLC (collectively, the "Parties") stipulate as follows:

(1)     Plaintiff filed their complaint on March 1, 2023.

(2)     Defendants filed their response to Plaintiff's complaint on May 5, 2023. Their response included counterclaims.

(3)     Plaintiff's response to Defendants' counterclaims is due on May 26, 2023.

(4)     Both parties have agreed to extend the deadline for Plaintiff to file a responsive pleading to June 2, 2023

This is the first request for an extension of Plaintiff's time for filing a response to Defendants' counterclaims.

Wherefore, the Parties pray that the Court approve the terms of the stipulation to an extension of time to file a response to Defendants' counterclaims.

Dated: May 26, 2023.                    Respectfully Submitted,

/s/ Jenny L. Foley                      /s/ Mitchell J. Langberg
Marc J. Randazza, NV Bar No. 12265      Mitchell J. Langberg, NV Bar No. 10118
Ronald D. Green, NV Bar No. 7360        Matthew J. McKissick, NV Bar No. 15281
Jenny L. Foley, Ph.D., NV Bar No. 9017  BROWNSTEIN HYATT FARBER SCHRECK, LLP
RANDAZZA LEGAL GROUP, PLLC              100 North City Parkway, Suite 1600
4974 S. Rainbow Blvd., Suite 100        Las Vegas, NV 89106
Las Vegas, NV 89118                     Telephone: 702-382-2101
Telephone: 702-420-2001                 mlangberg@bhfs.com
ecf@randazza.com                        mmckissick@bhfs.com

Attorneys for Plaintiff                 Anthony J. Dreyer (pro hac vice)
Steve Dimopoulos, LLC d/b/a             Ryan P. Bisaillon (pro hac vice)
Dimopoulos Law Firm                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                        One Manhattan West
                                        New York, New York 10001
                                        Tel.: (212) 735-3000
                                        Fax: (212) 735-2000
                                        anthony.dreyer@skadden.com
                                        ryan.bisaillon@skadden.com

                                        Attorneys for Plaintiff
                                        Steve Dimopoulos, LLC d/b/a
                                        Dimopoulos Law Firm

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 30, 2023