Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff and Counterclaim-Defendant
Steve Dimopoulos, LLC d/b/a
Dimopoulos Law Firm*

Mitchell J. Langberg, NV Bar. No. 10118
Matthew J. McKissick, NV Bar. No. 15281
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Tel.: (702) 382-2101
mlangberg@bhfs.com
mmckissick@bhfs.com

*Attorneys for Defendants and Counterclaim- Plaintiffs
NFL Properties LLC and Raiders Football Club, LLC*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE DIMOPOULOS, LLC d/b/a DIMOPOULOS LAW FIRM,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>NFL PROPERTIES LLC, and RAIDERS FOOTBALL CLUB, LLC,<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 2:23-cv-00328-JCM-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Steve Dimopoulos, LLC d/b/a Dimopoulos Law Firm and Defendants and Counterclaim-Plaintiffs NFL Properties LLC and Raiders Football Club, LLC, by and through their undersigned counsel, hereby stipulate and agree to a dismissal with prejudice of any and all claims and counterclaims in the above-captioned litigation. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated this 8th day of September 2023

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
4974 S. Rainbow Blvd., Suite 100
Las Vegas, NV 89118
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff Steve Dimopoulos, LLC d/b/a Dimopoulos Law Firm*

Dated this 8th day of September 2023

/s/ Mitchell J. Langberg
Mitchell J. Langberg, NV Bar. No. 10118
Matthew J. McKissick, NV Bar. No. 15281
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Tel.: (702) 382-2101
mlangberg@bhfs.com
mmckissick@bhfs.com

Anthony J. Dreyer (pro hac vice)
Ryan P. Bisaillon (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel.: (212) 735-3000
Fax: (212) 735-2000
anthony.dreyer@skadden.com
ryan.bisaillon@skadden.com

*Attorneys for Defendants and Counterclaim-Plaintiffs NFL Properties LLC and Raiders Football Club, LLC*

**IT IS SO ORDERED**:

UNITED STATES DISTRICT JUDGE

DATED: September 12, 2023